| AO 10<br>Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2010 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>HOPKINS, VIRGINIA E. | 2. Court or Organization<br><br>U.S. DISTRICT COURT | 3. Date of Report<br><br>05/13/2011 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>619 HUGO L. BLACK COURTHOUSE<br>1729 5TH AVENUE N<br>BIRMINGHAM, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   TRUSTEE | IRREVOCABLE LIFE INSURANCE TRUST #1 (UNFUNDED) |
| 2.   POWER OF ATTORNEY (POA #1) | ATTORNEY IN FACT |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Hopkins, Virginia E.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2010 | Teaching - University of Virginia Law School | $7,600.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | SELF EMPLOYED ATTORNEY PRACTICE |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | University of Virginia Law School | September 23, 2010 | Charlottesville, VA | Teaching | TRANSPORTATION, FOOD, ACCOMODATION |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. CASH WELLS FARGO BANK ACCOUNT | A | Interest | K | T | | | | | |
| 2. YUM BRANDS COMMON | A | Dividend | J | T | | | | | |
| 3. CASH - LEGACY CREDIT UNION ACCOUNT | B | Interest | K | T | | | | | |
| 4. CASH - MORGAN STANLEY SMITH BARNEY ACCOUNT | | None | J | T | Open | 07/21/10 | J | | |
| 5. DREYFUS LIQUID LIQUID ASSETS FUND CLASS 2 ACCOUNT | A | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 6. CITIBANK SOUTH DAKOTA BANK DEPOSIT ACCOUNT | A | Interest | J | T | | | | | See Section VIII Addtl Inf |
| 7. AGRIUM INC (CANADA) | A | Dividend | K | T | Sold (part) | 03/08/10 | J | C | |
| 8. | | | | | Sold (part) | 04/23/10 | J | A | |
| 9. AMAZON.COM INC. | | None | K | T | Buy | 02/18/10 | K | | |
| 10. | | | | | Sold (part) | 04/23/10 | J | A | |
| 11. | | | | | Sold (part) | 04/28/10 | J | A | |
| 12. AMER TOWER CORP CL A | | None | | | Sold (part) | 03/11/10 | J | B | |
| 13. | | | | | Sold | 04/09/10 | J | C | |
| 14. ANADARKO PETROLEUM CORP | A | Dividend | | | Buy | 02/19/10 | K | | |
| 15. | | | | | Sold (part) | 03/08/10 | J | A | |
| 16. | | | | | Sold (part) | 04/23/10 | J | A | |
| 17. | | | | | Sold | 12/28/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  APACHE CORP | A | Dividend | K | T | Buy (add'l) | 02/02/10 | J | | |
| 19. | | | | | Sold | 02/19/10 | K | C | |
| 20. | | | | | Buy | 12/28/10 | J | | |
| 21.  APPLE INC | | None | K | T | Buy (add'l) | 01/25/10 | J | | |
| 22. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 23. | | | | | Buy (add'l) | 02/03/10 | J | | |
| 24. | | | | | Sold (part) | 04/23/10 | J | B | |
| 25.  BG GROUP PLC SPON ADR | A | Dividend | | | Sold (part) | 03/08/10 | J | C | |
| 26. | | | | | Sold (part) | 04/14/10 | K | D | |
| 27. | | | | | Sold | 12/28/10 | J | A | |
| 28.  BLACKROCK INC DE | A | Dividend | J | T | Buy (add'l) | 02/01/10 | J | | |
| 29. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 30. | | | | | Buy (add'l) | 03/08/10 | J | | |
| 31. | | | | | Sold (part) | 04/23/10 | J | A | |
| 32. | | | | | Sold (part) | 04/26/10 | J | A | |
| 33.  CERNER CORP | | None | K | T | Sold (part) | 03/08/10 | J | B | |
| 34. | | | | | Sold (part) | 04/23/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/28/10 | J | A | |
| 36. COGNIZANT TECH SOLUTIONS CRP | | None | K | T | Buy (add'l) | 02/01/10 | J | | |
| 37. | | | | | Buy (add'l) | 02/02/10 | J | | |
| 38. | | | | | Sold (part) | 04/23/10 | J | B | |
| 39. | | | | | Sold (part) | 04/28/10 | J | A | |
| 40. COLGATE PALMOLIVE CO | A | Dividend | | | Buy | 02/02/10 | K | | |
| 41. | | | | | Sold (part) | 03/08/10 | J | A | |
| 42. | | | | | Sold (part) | 04/23/10 | J | A | |
| 43. | | | | | Sold (part) | 10/26/10 | J | A | |
| 44. | | | | | Sold | 10/28/10 | J | A | |
| 45. CREE INC | | None | | | Buy | 04/28/10 | J | | |
| 46. | | | | | Sold | 10/29/10 | J | A | |
| 47. DEERE & CO | | None | J | T | Buy | 11/12/10 | J | | |
| 48. | | | | | Sold (part) | 11/22/10 | J | A | |
| 49. ENCANA CORP | A | Dividend | | | Sold (part) | 03/08/10 | J | A | |
| 50. | | | | | Sold (part) | 04/23/10 | J | A | |
| 51. | | | | | Sold (part) | 09/17/10 | J | A | |

1. Income Gain Codes:      A =$1,000 or less      B =$1,001 - $2,500      C =$2,501 - $5,000      D =$5,001 - $15,000      E =$15,001 - $50,000
   (See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes               J =$15,000 or less      K =$15,001 - $50,000      L =$50,001 - $100,000      M =$100,001 - $250,000
   (See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
                             P3 =$25,000,001 - $50,000,000                          P4 =More than $50,000,000
3. Value Method Codes        Q =Appraisal            R =Cost (Real Estate Only)   S =Assessment             T =Cash Market
   (See Column C2)           U =Book Value           V =Other                     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/25/10 | J | A | |
| 53. EXPRESS SCRIPTS INC | | None | K | T | Sold (part) | 03/08/10 | J | B | |
| 54. | | | | | Sold (part) | 04/23/10 | J | B | |
| 55. | | | | | Sold (part) | 04/28/10 | J | A | |
| 56. ENCORE CAPITAL GROUP INC | | None | J | T | Buy | 12/03/10 | J | | |
| 57. FINANCIAL SECTOR SPDR TRUST ETF | A | Dividend | | | Buy | 01/08/10 | J | | |
| 58. | | | | | Sold | 11/15/10 | J | A | |
| 59. FMC TECHNOLOGIES INC | | None | K | T | Buy (add'l) | 02/01/10 | J | | |
| 60. | | | | | Sold (part) | 04/23/10 | J | C | |
| 61. | | | | | Sold (part) | 04/28/10 | J | B | |
| 62. FORD MOTOR CO COM NEW | | None | | | Buy | 01/26/10 | J | | |
| 63. | | | | | Buy (add'l) | 03/03/10 | J | | |
| 64. | | | | | Sold | 11/03/10 | K | C | |
| 65. GILEAD SCIENCES INC | | None | | | Sold | 01/26/10 | K | C | |
| 66. HOSPIRA INC | | None | K | T | Buy | 04/09/10 | K | | |
| 67. | | | | | Sold (part) | 04/23/10 | J | A | |
| 68. | | | | | Sold (part) | 04/28/10 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. ISHARES BARCLAY 3 - 7 YEAR TREAS BD FD | A | Dividend | L | T | Buy | 04/23/10 | L | | |
| 70. ISHARES BARCLAYS AGGREGATE BOND FUND | B | Dividend | L | T | Buy | 04/23/10 | L | | |
| 71. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 72. ISHARES BARCLAYS 1 - 3 YEAR TREAS BD FD | A | Dividend | L | T | Buy | 04/23/10 | L | | |
| 73. ISHARES TR S&P GLOBAL TELECOM SECTOR INDEX FD | A | Dividend | J | T | Buy | 11/15/10 | J | | |
| 74. ISHARES TR S&P GLOBAL UTIL INDEX FD | | None | | | Buy | 11/15/10 | J | | |
| 75. | | | | | Sold | 12/13/10 | J | A | |
| 76. ISHARES DJ US TELECOM SECTOR INDEX FUND | A | Dividend | J | T | Buy | 12/13/10 | J | | |
| 77. ISHARES DOW JONES US INSURANCE INDEX FUND | A | Dividend | | | Buy | 04/20/10 | J | | |
| 78. | | | | | Sold | 11/15/10 | J | A | |
| 79. ISHARES SILVER TRUST | | None | K | T | Buy | 01/13/10 | J | | |
| 80. | | | | | Buy (add'l) | 01/25/10 | J | | |
| 81. | | | | | Sold (part) | 04/23/10 | J | A | |
| 82. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 83. ISHARES US DOW JONES MEDICAL EQUIPMENT INDEX | A | Dividend | J | T | Buy | 02/17/10 | J | | |
| 84. | | | | | Sold (part) | 04/20/10 | J | A | |
| 85. | | | | | Buy (add'l) | 12/28/10 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 12/28/10 | J | A | |
| 87. | | | | | Sold (part) | 12/31/10 | J | A | |
| 88. ISHARES TRUST US ENERGY SEC | | None | J | T | Buy | 12/30/10 | J | | |
| 89. IVY ASSET STRATEGY FUND CLASS A | A | Dividend | K | T | Buy | 02/16/10 | K | | |
| 90. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 91. IVY LIMITED TERM BOND FUND CLASS A | B | Dividend | L | T | Buy | 02/16/10 | K | | |
| 92. | | | | | Sold (part) | 04/23/10 | J | A | |
| 93. | | | | | Buy (add'l) | 04/26/10 | J | | |
| 94. MCDONALDS CORP | A | Dividend | K | T | Sold (part) | 03/08/10 | J | A | |
| 95. | | | | | Sold (part) | 04/23/10 | J | A | |
| 96. NOBLE CORP | A | Dividend | J | T | Sold (part) | 03/08/10 | J | C | |
| 97. | | | | | Sold (part) | 04/23/10 | J | A | |
| 98. | | | | | Buy (add'l) | 04/23/10 | J | | |
| 99. NOVO-NORDISK A S ADR | | None | J | T | Buy | 11/12/10 | J | | |
| 100. | | | | | Sold (part) | 11/22/10 | J | A | |
| 101. QUEST DIAGNOSTICS INC | A | Dividend | | | Sold | 02/09/10 | K | B | |
| 102. SPDR BARCLAYS CAPITAL TIPS | B | Dividend | L | T | Buy | 04/23/10 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,001 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. SPDR OIL AND GAS EQUIP & SERV ETF | A | Dividend | K | T | Buy | 03/31/10 | K | | |
| 104. | | | | | Sold (part) | 04/20/10 | J | A | |
| 105. | | | | | Buy (add'l) | 12/28/10 | J | | |
| 106. SYNGENTA AG SPON ADR COM | A | Dividend | K | T | Buy (add'l) | 02/01/10 | J | | |
| 107. | | | | | Sold (part) | 03/08/10 | J | A | |
| 108. | | | | | Sold (part) | 04/23/10 | J | A | |
| 109. TECK RESOURCES LTD CL B | A | Dividend | K | T | Buy | 03/08/10 | K | | |
| 110. | | | | | Sold (part) | 04/23/10 | J | A | |
| 111. TEVA PHARMACEUTICALS IND LTD ISREAL ADR | A | Dividend | K | T | Buy (add'l) | 02/03/10 | J | | |
| 112. | | | | | Sold (part) | 03/08/10 | J | A | |
| 113. | | | | | Sold (part) | 04/23/10 | J | A | |
| 114. UNION PACIFIC CORP | A | Dividend | | | Sold | 02/10/10 | K | D | |
| 115. VISA INC CL A | A | Dividend | K | T | Buy (add'l) | 02/03/10 | K | | |
| 116. | | | | | Sold (part) | 03/08/10 | J | B | |
| 117. | | | | | Sold (part) | 04/23/10 | J | B | |
| 118. JOHN HANCOCK CLASSIC VALUE FUND | | None | | | Sold (part) | 01/22/10 | J | A | |
| 119. | | | | | Sold | 02/12/10 | K | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. FIRST EAGLE OVERSEAS FUND CLASS | B | Dividend | K | T | Sold (part) | 04/26/10 | J | A | |
| 121. CASH UBS BROKERAGE ACCOUNT (X) | | None | | | Closed | 07/21/10 | J | | See Section VIII Addtl Inf |
| 122. UBS LIQUID ASSETS FUND (X) | A | Interest | | | Closed | | | | See Section VIII Addtl Inf |
| 123. UBS BANK USA DEPOSIT ACCOUNT (X) | | None | | | Closed | | | | See Section VIII Addtl Inf |
| 124. UBS RMA MONEY MKT. PORTFOLIO (X) | A | Interest | | | Closed | | | | See Section VIII Addtl Inf |
| 125. LORD ABBETT MIDCAP FUND CLASS C | A | Dividend | K | T | Sold (part) | 04/26/10 | J | A | |
| 126. | | | | | Sold (part) | 11/08/10 | J | A | |
| 127. THORNBERG INTERNATIONAL VALUE FUND CL A | | None | | | Sold | 02/12/10 | K | A | |
| 128. FIRST TRUST ISE-REV NAT GAS | A | Dividend | | | Buy (add'l) | 01/13/10 | J | | |
| 129. | | | | | Sold (part) | 04/20/10 | J | A | |
| 130. | | | | | Sold | 09/17/10 | J | A | |
| 131. ISHARES TRUS DOW JONES TECH SECTOR INDEX FUND | | None | J | T | Buy (add'l) | 01/13/10 | J | | |
| 132. | | | | | Sold | 02/17/10 | J | A | |
| 133. | | | | | Buy (add'l) | 12/13/10 | J | | |
| 134. ISHARES INC MSCI SWITZ INDEX FD | A | Dividend | J | T | Sold (part) | 04/20/10 | J | A | |
| 135. ISHARES INC MSCI SINGAPORE FREE INDEX FD | | None | | | Sold | 02/10/10 | K | A | |
| 136. ISHARES TRUST DJ U.S BASIC MATERIALS SECTR INDEX FD | A | Dividend | K | T | Buy (add'l) | 01/13/10 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 04/20/10 | J | A | |
| 138. ISHARES S&P 100 INDEX FUND | A | Dividend | K | T | Sold (part) | 01/13/10 | J | A | |
| 139. | | | | | Sold (part) | 04/20/10 | J | B | |
| 140. | | | | | Sold (part) | 04/23/10 | J | A | |
| 141. ISHARES MSCI EAFE INDEX FUND | | None | | | Sold | 01/08/10 | J | A | |
| 142. ISHARES MCSI EMERGING MARKETS INDEX FUND | A | Dividend | | | Buy (add'l) | 01/13/10 | J | | |
| 143. | | | | | Sold | 02/10/10 | J | A | |
| 144. ISHARES DOW JONES US PHARM INDEX FUND | A | Dividend | J | T | Buy (add'l) | 01/13/10 | J | | |
| 145. | | | | | Sold (part) | 04/20/10 | J | A | |
| 146. | | | | | Sold (part) | 12/30/10 | J | A | |
| 147. MARKET VECTORS AGRIBUSINESS ETF | | None | | | Sold | 01/13/10 | K | C | |
| 148. POWERSHARES DYN OIL & GAS SV | | None | | | Sold | 03/31/10 | K | A | |
| 149. RYDEX ETF TRUST S&P 500 EQUAL WGHTD INDEX FD INC | A | Dividend | K | T | Sold (part) | 01/13/10 | J | A | |
| 150. | | | | | Sold (part) | 04/20/10 | J | B | |
| 151. | | | | | Sold (part) | 04/23/10 | J | A | |
| 152. SPDR S&P CHINA ETF | | None | | | Buy (add'l) | 01/13/10 | J | | |
| 153. | | | | | Sold | 02/10/10 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. SPDR S&P EMERGING LATIN AMER ETF | | None | | | Sold | 02/10/10 | K | A | |
| 155. SPDR GOLD TRUST | | None | L | T | Buy (add'l) | 01/13/10 | J | | |
| 156. | | | | | Buy (add'l) | 01/28/10 | J | | |
| 157. US TSY INFL PRT NOTE 02.000% DUE 7/15/14 | B | Interest | L | T | Sold (part) | 12/03/10 | J | A | |
| 158. | | | | | | | | | |
| 159. POA #1 | | | | | | | | | |
| 160. CASH - WELLS FARGO BANK (X) | A | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 161. CASH - LEGACY FEDERAL CREDIT UNION (X) | A | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 162. CASH - WELLS FARGO BROKERAGE ACCT (X) | | None | M | T | | | | | See Section VIII Addtl Inf |
| 163. AT&T INC (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 164. HARTFORD FINL SVCS GROUP INC (X) | A | Dividend | M | T | | | | | See Section VIII Addtl Inf |
| 165. ITT CORP (X) | C | Dividend | M | T | | | | | See Section VIII Addtl inf |
| 166. PEPSICO INCORPORATED (X) | B | Dividend | K | T | | | | | See Section VIII Addtl Inf |
| 167. PFIZER INCORPORATED (X) | C | Dividend | L | T | | | | | See Section VIII Addtl Inf |
| 168. AMERICAN GENERAL FINANCE INCOME NOTES SEMI AN CPN 4.875% (X) | A | Interest | | | Redeemed | 06/15/10 | K | A | See Section VIII Addtl Inf |
| 169. GENERAL ELEC CAP CORP INTERNOTES SEMI ANNUAL CPN 4.00% (X) | C | Interest | M | T | | | | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 170. ALABAMA ST PORT AUTH BONDS 5.00% DUE 10/1/12 (X) | A | Interest | K | T | | | | | See Section VIII Addtl Inf |
| 171. KEY BANK NATL ASSN CD DUE 10/24/11 (X) | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 172. DISCOVER BK CD DUE 10/22/13 (X) | C | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 173. MIDFIRST BANK CD DUE 4/28/24 (X) | C | Interest | | | Redeemed | 10/28/10 | L | A | See Section VIII Addtl Inf |
| 174. WELLS FARGO ADVANTAGE STRATEGIC MUN BD FD (X) | B | Interest | M | T | | | | | See Section VIII Addtl Inf |
| 175. HARTFORD MUTUAL FUNDS INC FLOATING RATE FD CL C | A | Dividend | M | T | Buy | 12/20/10 | L | | See Section VIII Addtl Inf |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

THE IRREVOCABLE LIFE INSURANCE TRUST # 1 REPORTED IN SECTION I, LINE 1 IS UNFUNDED AND THEREFORE IS NOT INCLUDED IN SECTION VII, "INVESTMENTS AND TRUSTS"

SECTION VII, LINES 160 - 175 - THESE ASSETS ARE REPORTED UNDER THE POWER OF ATTORNEY LABELED POA #1 AS DESCRIBED IN PART I, POSITIONS. THE POWER OF ATTORNEY WAS EXERCISED DURING 2009 TRIGGERING THE REQUIREMENT TO REPORT THESE ASSETS.

SECTION VII, LINE 164 - HARTFORD FINL SVCS GROUP INC, THIS ASSET INCREASED IN VALUE FROM CATEGORY "L" TO "M" DUE ONLY TO REINVESTMENT OF EARNED INTEREST. THERE ARE NO FURTHER PURCHASES OF THIS INVESTMENT THAT ARE REQUIRED TO BE REPORTED.

SECTION VII, LINE 174 - WELLS FARGO ADVANTAGE STRATEGIC MUN BD FD - THIS ASSET WAS FORMERLY REPORTED AS EVERGREEN STRATEGIC MUNI BOND FUND CL C. THE NAME CHANGE WAS THE RESULT OF A MERGER AND REORGANIZATION OF CERTAIN WELLS FARGO FUNDS AND EVERGREEN FUNDS.

| Name of Person Reporting | Date of Report |
|---|---|
| HOPKINS, VIRGINIA E. | 05/13/2011 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ VIRGINIA E. HOPKINS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544